PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

ney O. Johnson, Jr. and William LaMarca, Associate Solicitors.

Before MICHEL, Chief Judge, LINN, Circuit Judge, and ST. EVE, District Judge.*

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**In re CBC INDUSTRIES, INC.**

No. 2008–1598.

United States Court of Appeals, Federal Circuit.

June 5, 2009.

John S. LeRoy, Brooks Kushman P.C., of Southfield, Michigan, argued for appellant. On the brief were Frank A. Angileri and Mark A. Cantor; and Bruce A. Jagger, of Los Angeles, California.

Frances M. Lynch, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and Janet A. Gongola, Associate Solicitor. Of counsel were Syd-

**In re David M. BAGGETT.**

No. 2009–1029.

United States Court of Appeals, Federal Circuit.

June 16, 2009.

Rehearing and Rehearing En Banc Denied Sept. 14, 2009.

Denis G. Maloney, Fish & Richardson P.C., of Boston, MA, argued for appellant. With him on the brief were Thomas A. Brown and Tonya Drake.

Sydney O. Johnson, Jr., Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexan-

* The Honorable Amy J. St. Eve, District Judge, United States District Court for the Northern District of Illinois, sitting by designation.